**Criminal Case Cover Sheet**                    **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

**06-00086**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____X_____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: __X__ Yes _____ No

Defendant Name _____Young Nam Kim_____

Alias Name _____

Address _____

_____Tamuning, GU_____

Birthdate _xx/xx/1956___ SS# _____ Sex __F__ Race __A__ Nationality _Korean___

**RECEIVED**

NOV 1 5 2006

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson_____

**Interpreter:** _____ No __X__ Yes   List language and/or dialect: _____Korean_____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ____1____   _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 2 & 1028(a)(6) | Fraud In Connection w/Identification Documents | 1 |
| Set 2 | _____ | _____ | _____ |
| Set 3 | _____ | _____ | _____ |
| Set 4 | _____ | _____ | _____ |

(May be continued on reverse)

Date: _NOV 1 5 2006____   Signature of AUSA: ___[signature]_____