♦AO 442 (Rev. 08/07) Warrant for Arrest

# RECEIVED UNITED STATES DISTRICT COURT

JAN 24 2008        District of     GUAM

US MARSHALS SERVICE-GUAM

UNITED STATES OF AMERICA

V.

YOUNG NAM KIM

**WARRANT FOR ARREST**

Case Number: CR-06-00086-001

FILED DISTRICT COURT OF GUAM
APR 04 2008
JEANNE G. QUINATA
Clerk of Court

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     YOUNG NAM KIM
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Superseding Indictment     [ ] Information     [ ] Complaint     [ ] Order of court

[ ] Pretrial Release     [ ] Probation     [ ] Supervised Release     [ ] Violation Notice
     Violation Petition        Violation Petition      Violation

charging him or her with (brief description of offense)

Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 1

Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2; 1028(a)(1); 1028(b)(1)(A)(ii) & 1028(c)(3)(A), Count 2

[ ] in violation of Title _____ United States Code, Section(s) _____

[ ] in violation of the conditions of his or her pretrial release imposed by the court.

[ ] in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/23/2008        Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Tumon, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1·23·08 | | |
| DATE OF ARREST | JOHN C. UNTALAN | |
| 4·3·08 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __YOUNG NAM KIM_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____