
# ORIGINAL

1  youngkimuns

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 0 4 2008

JEANNE G. QUINATA
Clerk of Court

8

9              IN THE UNITED STATES DISTRICT COURT

10                 FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 06-00086
                                     )
13                    Plaintiff,     )
                                     )
14           vs.                     )  **APPLICATION TO**
                                     )  **UNSEAL RECORD**
15  YOUNG NAM KIM,                   )
                                     )
16                    Defendant.     )
    _____)

17

18

19      The United States moves this Honorable Court for an order unsealing the record in the

20  above-entitled case for the reason that the defendant has been arrested and the investigation in

21  this matter is now complete.

22      Respectfully submitted this 4th day of April 2008.

23                                   LEONARDO M. RAPADAS
                                     United States Attorney
24                                   Districts of Guam and NMI

25              By:    _____
                       KARON V. JOHNSON
26                     Assistant U.S. Attorney

27

28