**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE**

CASE NO.: CR-06-00086  DATE: April 04, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 1:43:35 - 1:58:10

**APPEARANCES:**

Defendant: Young Nam Kim  Attorney: Samuel Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter: Sung W. Yoon  Language: Korean

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: Samuel Teker appointed to represent the defendant.
- Defendant waives reading of Superseding Indictment.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Trial Scheduling Order executed.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: Court order that the defendant receive medical treatment and medication that is need.