DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**YOUNG NAM KIM,**<br><br>Defendant. | CRIMINAL CASE NO. 06-00086<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the SAMUEL S. TEKER is appointed to represent the defendant in the above-entitled case.

Dated this 4th day of April 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge