# IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

**YOUNG NAM KIM,**

                Defendant.

CRIMINAL CASE NO. 06-00086

**TRIAL SCHEDULING ORDER**

IT IS HEREBY ORDERED THAT:

- **All Pretrial Motions**, including but not limited to discovery, *in limine*, suppression, and dismissal motions , shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **May 5, 2008 at 3:00 p.m.**

  - ▸ **Opposition to all Motions** shall be filed no later than . . .
    **May 12, 2008 at 3:00 p.m.**

  - ▸ **Replies to Opposition** shall be filed by no later than . . . .   **May 19, 2008 at 3:00 p.m.**

  **No late motions shall be filed without court approval.  Failure to timely file an opposition to a motion may be deemed by the Court as consent to the granting of such motion**.

- The following must be filed or lodged with the court by . . . .   **May 20, 2008 at 3:00 p.m.**

  - ▸ **An original and one copy of the witness list.**  Witness lists must include legal names, aliases, nicknames, village/city of residence, and place of employment.
  - ▸ **Proposed *Voir Dire* Questions, Proposed Jury Instructions with source noted, and Proposed Verdict Forms.**
  - ▸ **An original and three copies of the exhibit list.**  Government's exhibits shall be numbered and Defendant's exhibits shall be lettered.
  - ▸ **Three complete sets of marked and tabbed exhibits in three-ring binders, with each binder containing a filed copy of the exhibit list.**  The exhibits shall include those items which may be introduced for identification into evidence but not necessarily proffered for admission, i.e., police/investigative reports or witness statements.  The parties shall <u>meet and confer</u> sufficiently in advance of trial and formulate a set of <u>joint exhibits</u>. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- **Pretrial conference and Hearing on all Motions** shall be held on . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **May 27, 2008 at 9:30 a.m.**

- **Jury Selection and Trial** shall be held on . . . . . . . . . . . . . . .   **June 3, 2008 at 9:30 a.m.**

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 04, 2008**