# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00086  DATE: May 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 9:27:56 - 10:02:02

**APPEARANCES:**

Defendant: Young Nam Kim  Attorney: Samuel Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Sung W. Yoon  Language: Korean

**PROCEEDINGS: Change of Plea**
- Defendant consented to Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: August 6, 2008 at 10:30 a.m.
- Draft Presentence Report due to the parties: July 3, 2008
- Response to Presentence Report: July 17, 2008
- Final Presentence Report due to the Court: July 30, 2008
- Defense oral motion for release pending sentencing granted.

NOTES: