PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO**: | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM**: | Judy Anne L. Ocampo, U.S. Probation Officer<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

| [X] | **Original Notice** | [ ] | **Disposition of Original Notice** |
|---|---|---|---|

Date: **May 2, 2008**                             Date: 

By: **Joaquin V.E. Manibusan, Jr.**               By:
    **U.S. Magistrate Judge**

---

Defendant: **KIM, Young Nam**            Case Number: **Criminal Case #06-00086-001**
Date of Birth: **XX-XX-1956**            Place of Birth: **Pusan, Korea**
SSN: **N/A**                             Alien ("A") Number: **N/A**

---

**NOTICE OF COURT ORDER** (Order Date: **May 2, 2008**)

[x]   The above-named defendant surrendered Passport Number **XXXXXXXXXX**   (Issuing

      Country: **Korea**   ) to the custody of the U.S. Probation Office on **May 2, 2008**.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]   Defendant not convicted.

[ ]   Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
    ☐ Not Convicted - Document returned to defendant.
    ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)