IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff.<br><br>     vs.<br><br>YOUNG NAM KIM,<br><br>               Defendant. | CRIMINAL CASE NO. 06-00086<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

     Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of a Superseding Indictment charging her with Criminal Conspiracy, in violation of 18 U.S.C. §§ 2 and 371, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on August 6, 2008, at 10:30 a.m.

     IT IS SO ORDERED.

                                                   **/s/ Frances M. Tydingco-Gatewood**
                                                          **Chief Judge**
                                                    **Dated: May 19, 2008**