**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Young Nam Kim*

FILED
DISTRICT COURT OF GUAM

JUL 2 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. CR 06-00086
)
Plaintiff, )
) **STIPULATION TO RELEASE**
vs. ) **DEFENDANT'S PASSPORT**
)
YOUNG NAM KIM, )
)
Defendant. )

The parties hereto, through their respective counsel of record, do hereby STIPULATE that Defendant, YOUNG NAM KIM, may retrieve her expired passport from the United States Probation Office for purposes of renewing same. Upon receipt of the renewed passport, Defendant will deposit same with the United States Probation Office pursuant to Defendant's release conditions.

DATED at Hagåtña, Guam, on July 17, 2008.

TEKER TORRES & TEKER, P.C.

ORIGINAL

By _____
SAMUEL S. TEKER, ESQ.
Attorneys for Defendant

STIPULATION TO RELEASE
DEFENDANT'S PASSPORT
CRIMINAL CASE NO. CR 06-00086
U.S.A. vs. YOUNG NAM KIM

Case 1:06-cr-00086    Document 28    Filed 07/28/2008    Page 1 of 2

OFFICE OF THE UNITES STATES
ATTORNEY GENERAL

Date: 7/18/08

By: _____
JEFFREY STRAND, ESQ.
Assistant Attorney General, Attorneys for Plaintiff

APPROVED:

UNITED STATES PROBATION OFFICE

By: _____
CARLEEN BORJA
U.S. Probation Officer

Date: 7/18/08

STIPULATION TO RELEASE
DEFENDANT'S PASSPORT
CRIMINAL CASE NO. 03-00086
U.S.A. vs. YOUNG NAM KIM
-2-

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671)477-9891-4

Case 1:03-cr-00086 Document 28   Filed 07/28/2008   Page 2 of 2