**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
 *Young Nam Kim*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR-06-00086 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| vs. | ) | **DEFENDANT'S PASSPORT** |
| | ) | |
| YOUNG NAM KIM, | ) | |
| | ) | |
| Defendant. | ) | |

----------

Based upon the Stipulation of the parties, filed herein on July 28, 2008,

IT IS HEREBY ORDERED that Defendant, YOUNG NAM KIM, may retrieve her expired passport from the United States Probation Office for purposes of renewing same and, upon receipt of the renewed passport, Defendant will deposit same with the United States Probation Office.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Jul 30, 2008**