# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00086-001　　　　　　　　　　DATE: August 06, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　Electronically Recorded: 10:34:34 - 10:45:49

**APPEARANCES:**

Defendant: Young Nam Kim　　　　　　　　Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Sung Woo Yoon　　　　　　　Language: Korean

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>time served (approximately 30 days)</u>
- Upon release, defendant shall coordinate with the U.S. Immigration and Naturalization Service Guam Office for voluntary deportation proceedings.
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>2 years</u>.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant shall abide by conditions of release previously imposed.
- Government's oral motion to dismiss Count II <u>granted</u>.

NOTES: