PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| **TO**: | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM:** | Judy Anne L. Ocampo, U.S. Probation Officer<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|---|
| ☐ | **Original Notice** | ☒ | **Disposition of Original Notice** |
| Date: | **May 2, 2008** | Date: | **August 6, 2008** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Frances M. Tydingco-Gatewood**<br>**Chief Judge** |

| Defendant: | **KIM, Young Nam** | Case Number: | **Criminal Case #06-00086-001** |
|---|---|---|---|
| Date of Birth: | **XX-XX-1956** | Place of Birth: | **Pusan, Korea** |
| SSN: | **N/A** | Alien ("A") Number: | **N/A** |

**NOTICE OF COURT ORDER** (Order Date: **May 2, 2008**    )

☒   The above-named defendant surrendered Passport Number **XXXXXXXXXX**    (Issuing Country: **Korea**    ) to the custody of the U.S. Probation Office on **May 2, 2008**   .

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐   Defendant not convicted.

☒   Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ☐ Not Convicted - Document returned to defendant.
  ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)