ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
JUDY ANNE L. OCAMPO
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00086-001 |
| ) | |
| Plaintiff, ) | |
| ) | **APPLICATION FOR** |
| vs. ) | **RELEASE OF PASSPORT** |
| ) | |
| YOUNG NAM KIM, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, U.S. Probation Officer Judy Anne L. Ocampo, in the above-captioned case and requests for the release of Foreign Passport, Number XXXXXXXXX, to the defendant, Young Nam Kim. The passport was surrendered to the custody of the U.S. Probation Office pending the disposition of this case. On August 6, 2008, Mr. Kim was sentenced to time served with two years of term of supervised release.

Dated this 7th day of August 2008.

/s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer