ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
MARIA C. CRUZ
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00086 |
| Plaintiff, | |
| vs. | **ORDER re APPLICATION FOR RELEASE OF PASSPORT** |
| YOUNG NAM KIM, | |
| Defendant. | |

Upon application by the U.S. Probation Office and for good cause shown, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to him.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 12, 2008**